UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE O.N. EQUITY SALES CO.,

    Plaintiff,

vs.

JOHN R. VENRICK,

    Defendant.

NO. C07-735RSL

ORDER REMOVING CASE FROM ACTIVE CASELOAD

    The above entitled action is hereby stayed pending the outcome of the arbitration;

    It is HEREBY ORDERED that this action shall be removed from this Court's active caseload until further application by the parties or order of this Court. The parties shall within 14 days of the arbitration decision file a joint status report with the Court.

    This Court retains full jurisdiction and this Order shall not prejudice any party in this action.

DATED this 27th day of September, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER -1